# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:22−cv−10189−LTS

Sung v. DeJoy et al  
Assigned to: Judge Laura Taylor Swain  
Cause: 42:2000e−2ot Job Discrimination (other)

Date Filed: 11/30/2022  
Date Terminated: 12/09/2022  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Mo Chiao Sung**     represented by    **Mo Chiao Sung**  
456 Wellington Rd.  
Mineola, NY 11501  
516 605 7058  
PRO SE

V.

**Defendant**

**Louis DeJoy**  
*Postmaster General*

**Defendant**

**U.S.P.S.**

**Defendant**

**Palma**

**Defendant**

**Carney**

**Defendant**

**Lin**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2022 | 1 | COMPLAINT against Louis DeJoy, U.S.P.S.. Document filed by Mo Chiao Sung..(rdz) (Entered: 12/01/2022) |
| 11/30/2022 |  | Case Designated ECF. (rdz) (Entered: 12/01/2022) |
| 11/30/2022 | 2 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Mo Chiao Sung consents to receive electronic service via the ECF system. Document filed by Mo Chiao Sung..(rdz) (Entered: 12/01/2022) |
| 12/07/2022 |  | NOTICE OF CASE REASSIGNMENT – SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (sac) (Entered: 12/07/2022) |

| 12/07/2022 | Ï | Pro Se Payment of Fee Processed: $402.00 Money Order processed by the Finance Department on 12/07/2022, Receipt Number 9412. (prs) (Entered: 12/07/2022) |
|---|---|---|
| 12/09/2022 | Ï 3 | TRANSFER ORDER: The Clerk of Court is directed to transfer this action to the United States District Court for the Eastern District of New York. A summons shall not issue from this court. This order closes the case in this court. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). SO ORDERED. (Signed by Judge Laura Taylor Swain on 12/9/22) (rdz) Transmission to Office of the Clerk of Court for processing. (Entered: 12/12/2022) |
| 12/09/2022 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Eastern District of New York.(rdz) (Entered: 12/16/2022) |
| 12/13/2022 | Ï | MAILING RECEIPT: Document No: 3. Mailed to: Mo Chiao Sung 456 Wellington Rd. Mineola, NY 11501. (dsh) (Entered: 12/13/2022) |